# UNITED STATES DISTRICT COURT
## Eastern District of Washington

IN RE: LLS AMERICA, LLC, DEBTOR,

BRUCE P. KRIEGMAN, soley in his capacity as
court-appointed Chapter 11 Trustee for LLS America,LLC,
Plaintiff,
v.

3105393 MANITOBA, LTD,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-439-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in favor of Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC against Defendant 3105393 Manitoba, Ltd. in the amount of CAD $169,658.51, plus costs in the amount of $250 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

December 7, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb